No. 98–222. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* CORRELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–237. ROBERTSON, STEPHENS & Co. *v.* DUFFIELD. C. A. 9th Cir. Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.